No. 86–6846.   CLEVELAND v. WARDEN, MARYLAND HOUSE OF CORRECTIONS, *ante*, p. 833;

No. 86–6863.   ROCHON v. ACADIA PARISH SHERIFF DEPARTMENT ET AL., *ante*, p. 834; and

No. 87–5232.   WILLIAMS v. JOINER, *ante*, p. 865.   Petitions for rehearing denied.

NOVEMBER 10, 1987

No. A–374.   DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS v. DEMPS.   Application of the Attorney General of Florida for an order to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Eleventh Circuit, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.

NOVEMBER 13, 1987

No. 87–542.   PARKVIEW ASSOCIATES v. CITY OF NEW YORK ET AL.   Appeal from App. Div., Sup. Ct. N. Y., 1st Jud. Dept., dismissed under this Court's Rule 53.

NOVEMBER 16, 1987

No. 87–10.   BOCLAIR ET AL. v. ILLINOIS.   Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question.